

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Hugo Ambriz,                              \* From the 118th District Court
of Howard County,
Trial Court No. 53038.

Vs. No. 11-21-00152-CV            \* September 16, 2021

Scenic Mountain Medical Center and     \* Per Curiam Memorandum Opinion
Manuel Carrasco, M.D.,                    (Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Hugo Ambriz.